■ PHYLLIS LA MONICA, as Administratrix of the Estate of PHILIP LA MONICA, Deceased, v. CITY OF NEW YORK.— Motion for an order requiring

attorney for defendant-respondent to accept service of notice of appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.